| | |
|---|---|
| ICON EV LLC, | |
| *Plaintiff,* | |
| v. | Court No. 26-02759 |
| UNITED STATES; U.S. CUSTOMS AND BORDER PROTECTION; and ERIC CHOY, in his official capacity as Executive Director, Trade Remedy Law Enforcement Directorate, Office of Trade, U.S. Customs and Border Protection, | |
| *Defendants.* | |

## DECLARATION OF SKYLAR SCHONE

I, Skylar Schone, declare as follows:

1.      I am the CEO of Eco Capital, Inc., a Texas corporation ("ECO Battery"). I am over the age of eighteen, have personal knowledge of the matters discussed in this declaration, and am competent to testify to these matters.

2.      Eco Battery is a leading U.S.-based manufacturer of lithium batteries, chargers, and related electric components for PTV and LSVs.  We are registered in Texas and operate facilities in Utah, South Carolina, Florida, and Ohio. Eco Battery is a primary supplier of lithium battery systems to ICON EV ("ICON") for use in their electric vehicles.

3.      ICON is one of our largest and most important partners, and our business is closely integrated with theirs through ongoing supply, product development, and operational coordination. ICON is a key partner of a U.S.-based supplier network, including Eco Battery, and supports domestic manufacturing and job creation.

4.      Through this partnership, Eco Battery has made significant investments in manufacturing capacity, workforce, inventory, and infrastructure to support ICON's production

1

and growth. A substantial portion of our revenue is directly tied to supplying products for ICON vehicles.

5. We understand that an EAPA investigation has commenced against ICON that has already resulted in trade restrictions and other remedies affecting certain imported electric vehicles and related components.

6. These trade restrictions will have severe and immediate consequences for Eco Battery. Because ICON relies on our U.S. designed and supported battery systems, any disruption to ICON's ability to import, manufacture, or sell its vehicles would directly reduce demand for our products. This would negatively impact our production volumes, revenue, and overall financial condition.

7. The downstream effects on our business will be significant. We have invested heavily in U.S. manufacturing and currently employ a substantial workforce across multiple states. A material reduction in demand from ICON will likely require us to scale back operations, delay or cancel planned investments, and potentially reduce our workforce. These impacts would not be isolated but would affect employees, suppliers, and local economies connected to our operations.

8. In addition, the measures contemplated will introduce substantial uncertainty into our planning and operations. Our business depends on predictable demand and stable partnerships to manage production, inventory, and workforce levels. Sudden disruptions affecting ICON would impair our ability to operate efficiently and competitively.

9. Given the scale of our partnership and the degree of integration between our companies, any adverse action affecting ICON would have a disproportionate and severe impact on Eco Battery. If these measures are not stopped, we will have no choice but to explore other business opportunities with other buyers of our U.S. designed and supported battery systems.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: April 9, 2026

_Skylar Schone_

Skylar Schone