# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| ICON EV LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES; U.S. CUSTOMS AND BORDER PROTECTION; and ERIC CHOY, in his official capacity as Executive Director, Trade Remedy Law Enforcement Directorate, Office of Trade, U.S. Customs and Border Protection, <br><br> *Defendants.* | Court No. 26-**02759** |

## DECLARATION OF PAUL AND TRACY SPRAETZ

We, Paul and Tracy Spraetz, declare as follows:

1. We are the founders and co-owners of Resort Life Carts. We are over the age of eighteen, have personal knowledge of the matters discussed in this declaration, and are competent to testify to these matters.

2. Resort Life Carts, located in Madera, California, is a retailer of electric golf carts and low-speed vehicles, including products manufactured by ICON. We employ 17 individuals and serve a broad customer base that depends on us for both sales and ongoing service.

3. In recent months, we have experienced the direct downstream effects of increased fines, restrictions, and regulatory pressures placed on manufacturers, including the interim measures that CBP imposed on ICON. These actions are resulting in abrupt and substantial price increases being passed through the supply chain with little to no notice.

4. As a dealer, we are left in an extremely difficult position—either absorbing these unexpected costs, which significantly impacts our already tight margins and financial stability, or passing them on to our customers, which damages trust and reduces demand.

1

5. Our business depends on predictable pricing and a stable supply environment. Sudden, significant price increases make it nearly impossible to plan, forecast, or operate with confidence. More importantly, they create confusion and frustration for our customers, many of whom have budgeted based on previously communicated pricing.

6. In addition to pricing instability, we are also experiencing ongoing difficulty obtaining warranty parts in a timely manner. These delays hinder our ability to properly service the products we sell and stand behind the commitments we make to our customers. This is not just an operational inconvenience—it is actively affecting our relationships with our customers and beginning to impact our reputation within the community we serve.

7. The combination of supply chain disruption, parts delays, abrupt price increases, and ongoing uncertainty within the industry is creating a level of strain that is having a measurable negative impact on our business. We are increasingly concerned about the long-term sustainability of operating under these conditions, particularly as a small, locally operated business.

8. Our goal is to continue serving our customers with integrity, maintaining strong community relationships, and operating a financially stable business. At present, the trajectory of these changes is making that increasingly difficult. If ICON cannot provide predictable pricing and necessary warranty parts, our business will continue to suffer and we will have no choice but to pursue business opportunities with other manufacturers.

We, Paul and Tracy Spraetz, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of our knowledge.

Dated: April 13, 2026

_____
Paul Spraetz

Tracy Spraetz

3