## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ICON EV LLC, <br><br>     **Plaintiff,** <br><br>   v. <br><br> UNITED STATES; U.S. CUSTOMS AND BORDER PROTECTION; and ERIC CHOY, in his official capacity as Executive Director, Trade Remedy Law Enforcement Directorate, Office of Trade, U.S. Customs and Border Protection, <br><br>     **Defendants.** <br><br>   **and** <br><br> AMERICAN PERSONAL TRANSPORTATION VEHICLE MANUFACTURERS COALITION, <br><br>     **Proposed Defendant-Intervenor.** | Before: Hon. Jane A. Restani, <br>     Judge <br><br> Court No. 26-02759 |

## NOTICE OF APPEAL

Notice is hereby given that the American Personal Transportation Vehicle Manufacturers Coalition ("Coalition"), proposed defendant-intervenor in the above-captioned case, hereby appeals to the United States Court of Appeals for the Federal Circuit (1) the Court of International Trade's order, ECF No. 39, denying the Coalition's motion to intervene, ECF No. 18; and (2) the Court of International Trade's order, ECF No. 40 (Confidential Version); ECF No. 41 (Public Version), granting plaintiff ICON EV LLC's motion for a preliminary injunction, ECF No. 5.

Respectfully submitted,

*/s/ Robert E. DeFrancesco, III*
Robert E. DeFrancesco, III, Esq.
Derick G. Holt, Esq.
Theodore P. Brackemyre, Esq.
Rebecca J. Fiebig, Esq. (Admission Pending)
Joel S. Nolette, Esq.
Kahlil H. Epps, Esq. (Admission Pending)

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000
rdefrancesco@wiley.law

*Counsel to the American Personal Transportation Vehicle Manufacturers Coalition*

Dated: April 28, 2026