UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. JANE A. RESTANI, JUDGE

|  |  |
|---|---|
| ICON EV LLC., <br><br>       *Plaintiff*, <br><br> v. <br><br> UNITED STATES et al, <br><br>       *Defendants*. | Court No. 26-02759 |

**JOINT STATUS REPORT**

Plaintiff, ICON EV LLC. ("Plaintiff" or "ICON") and defendant, the United States, jointly submit this status report in accordance with the Court's June 23, 2026 paperless order that stated the following: "The parties are hereby ordered to submit a joint status report detailing the status of the underlying administrative proceeding (EAPA Cons. Case 8247) by July 21, 2026. The parties shall advise the court of any schedule governing the underlying administrative proceeding, and, if no schedule exists, explain why." Dkt No. 54.

Since the issuance of the Notice of Initiation and Interim Measures on April 6, 2026, in EAPA Cons. Case 8247, U.S. Customs and Border Protection ("CBP") has issued multiple requests for information to ICON and other interested parties and received initial responses. Currently, CBP continues to collect and review information relevant to the investigation. Parties have until August 3, 2026, to voluntarily submit factual information to the administrative record. After this date, the record closes for voluntary submissions of factual information at which point CBP intends to conduct a verification pursuant to 19 C.F.R. § 165.25. Thereafter, plaintiff and other parties to the investigation will also have the

1

opportunity to submit written arguments and respond to other parties' written arguments, pursuant to 19 C.F.R. § 165.26.  The final determination is currently due on October 26, 2026.  CBP may extend this deadline by sixty (60) days if it finds that the investigation is extraordinarily complicated.  19 C.F.R § 165.22(c).  If CBP cannot determine that the merchandise constitutes covered merchandise, CBP may refer this case to the Department of Commerce ("Commerce") for a covered merchandise review.  The time required for Commerce to issue a covered merchandise determination will not be counted towards CBP's deadline to issue a final determination.  19 C.F.R. § 165.16.  In the event CBP refers this case to Commerce, the current final determination date will be extended.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

| | |
|---|---|
| By:  /s/ Luke Mathers | By:  /s/ Adam A. Vischio |
| SARAH S. SPRINKLE | ADAM A. VISCHIO |
| LUKE MATHERS | Trial Attorney |
| Sandler, Travis & Rosenberg, P.A. | Department of Justice, Civil Division |
| 286 Madison Avenue, Suite 1200 | Commercial Litigation Branch |
| New York, NY 10017 | International Trade Field Office |
| (212) 549-0160 | 26 Federal Plaza, Room 346 |
| lmathers@strtrade.com | New York, NY 10278 |
| | (202) 305-5528 |

*Attorneys for Plaintiff*          *Attorneys for Defendants*

July 21, 2026

2